UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMANTHA JEAN BATTS,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:22-cr-00099

**ORDER OF DETENTION**

Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds that Defendant has not rebutted the presumption applicable in this case that no condition or combination of conditions will reasonably assure the safety of the community.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on July 19, 2022.

    /s/ Sally J. Berens
SALLY J. BERENS
U.S. Magistrate Judge