UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:22–cr–99

   v.                              Hon. Robert J. Jonker

SAMANTHA JEAN BATTS,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            September 21, 2022   02:00 PM
Judge:                 Robert J. Jonker
Place/Location:      699 Federal Building, Grand Rapids, MI

                                                   ROBERT J. JONKER
                                                   United States District Judge

Dated:  September 13, 2022       By:   /s/ Susan Driscoll Bourque
                                                Case Manager