UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMANTHA JEAN BATTS,

        Defendant.
_____/

CASE NO. 1:22-cr-99

HON. ROBERT J. JONKER

## ORDER

The government seeks to file portions of defendant Batts' Plea Agreement on a restricted access basis. ECF No. 38. The Court is not satisfied that there is sufficient good cause for the restricted access filing, so the motion is DENIED.

As to the cooperation provisions, there is no particularized risk of record, and the undersigned has long required more than a generalized risk to support restricted access filings of cooperation provisions. In the undersigned's view, a routine filing of cooperation provision on a restricted access basis risks creating a distorted public record.

As to the nature of the offense conduct, the Court recognizes that the facts are sexually graphic, but that is required by the nature of the charge, and it is important for the public to understand just how graphic the offense conduct was when it comes to understanding any sentence eventually imposed. Moreover, at least some of the offense conduct already appears in the original criminal complaint in the case, which was unsealed after defendants' arrest. Finally and most

importantly, the identities of the minor victims are fully protected in the description, which satisfies victim privacy interests in the Court's view.

Dated:     September 19, 2022             /s/ Robert J. Jonker
                                                                               ROBERT J. JONKER
                                                                               UNITED STATES DISTRICT JUDGE